**1192** GOODWIN vs. BOARD OF EDUCATION (Grand Rapids), 38 M., 95.

To compel the Board of Education to admit the relator to a seat in that body, to which he claims to have been elected.

Granted January 10, 1878.


**1193** CLARK vs. BOARD OF EDUCATION (Detroit), No. 16213; 4 D. L. N., 141; 71 N. W., 177. (Certiorari to Wayne.)

To compel the recognition of relator as a member of the respondent board, in a case where relator had sent his resignation to the mayor, who declined to accept it.

The circuit judge granted the writ. Affirmed May 11, 1897, without costs.


**1194** TIBBALS vs. BOARD OF EDUCATION (Port Huron), 39 M., 635.

To require the respondent board to re-admit relator to his seat and to recognize him as a member of that board, the Common Council of the city having adopted a resolution removing relator and several others from their positions as school inspectors.

Granted October 29, 1878.

Held, that the power given to the Common Council to remove officers does not reach any but city officers, and that school inspectors are not city officers.